## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  DISCIPLINE OF | ) | |
| ROBERT C. KLINGENSMITH, | ) | |
| ATTORNEY REGISTRATION | ) | |
| NUMBER 86890, A MEMBER OF THE | ) | Misc. No. 2:25-mc-546 |
| BAR OF THE UNITED STATES | ) | |
| DISTRICT COURT FOR THE WESTERN | ) | |
| DISTRICT OF PENNSYLVANIA | ) | |

### ORDER

WHEREAS this Court issued an Order to Show Cause to Attorney Robert C. Klingensmith ("Attorney Klingensmith") on May 15, 2025 to show good cause why an order of temporary suspension reciprocal to an order entered by the Supreme Court of Pennsylvania on May 13, 2025, in Disciplinary Proceeding Number 43 DB 2025 should not be entered by this Court;

WHEREAS this Court receive no response to the Order to Show Cause;

WHEREAS public reports indicate that Attorney Klingensmith died on June 4, 2025; and

WHERAS the Pennsylvania Bar lists Attorney Klingensmith's status as deceased.

NOW THEREFORE IT IS HEREBY ORDERED that this Court will take no further action on the Order to Show Cause issued on May 15, 2025, ECF #1, and will identify Attorney Klingensmith as being deceased in the Court's attorney admission records.

Dated:  June 18, 2025

BY THE COURT:

*/s/ Mark R. Hornak*
Mark R. Hornak
Chief United States District Judge